1

2

3

4

5

6

7

8                      IN THE UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10    RODNEY KARL BLACKWELL,

11            Plaintiff,                    No. CIV S-09-0535 DAD P

12        vs.

13    C/O PIZZOLA,

14            Defendant.                    ORDER

15    _____/

16            Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant

17    to 42 U.S.C. § 1983.  Plaintiff has not paid the required filing fee of $350.00 or filed an

18    application to proceed in forma pauperis.  <u>See</u> 28 U.S.C. §§ 1914(a) & 1915(a).  Plaintiff will be

19    granted thirty days to pay the filing fee in full or submit a properly completed application to

20    proceed in forma pauperis.

21            Plaintiff is cautioned that the in forma pauperis application form includes a

22    section that must be completed by a prison official, and the form must be accompanied by a

23    certified copy of plaintiff's prison trust account statement for the six-month period immediately

24    preceding the filing of this action.

25    /////

26    /////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit, within thirty days from the date of this order, either the $350.00 filing fee or a properly completed application to proceed in forma pauperis on the form provided with this order; plaintiff is cautioned that failure to comply with this order or seek an extension of time to do so will result in a recommendation that this action be dismissed without prejudice; and

2. The Clerk of the Court is directed to send plaintiff an Application to Proceed In Forma Pauperis By a Prisoner for use in a civil rights action.

DATED: March 3, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
blac0535.3a