IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RODNEY KARL BLACKWELL,

      Plaintiff,                    No. CIV S-09-0535 GEB DAD P

   vs.

C/O PIZZOLA,

      Defendant.                ORDER

_____/

      Plaintiff is a state prisoner proceeding pro se. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983. The court has received a signed stipulation from the parties requesting that the court refer this case to mediation.

      This case will therefore be referred to Magistrate Judge Craig S. Kellison to conduct a settlement conference at High Desert State Prison ("HDSP") on October 7, 2009, at 11:00 a.m.

      In accordance with the above, IT IS HEREBY ORDERED that:

      1. This case is set for settlement conference on October 7, 2009, at 11:00 a.m. at HDSP, Rice Canyon Road, Susanville, California; and

/////

/////

1

2. The parties are directed to provide confidential settlement conference statements to Magistrate Judge Kellison, 501 I Street, Sacramento, California 95814, so that they reach him on or before September 30, 2009.

DATED: August 26, 2009.

*(signature)*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
blac0535.med