IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RODNEY KARL BLACKWELL,

      Plaintiff,                    No. CIV S-09-0535 GEB DAD P

    vs.

C/O PIZZOLA,

      Defendants.              <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action. On December 28, 2009, plaintiff filed a motion to compel discovery. Defendant Pizzola has not opposed the motion or otherwise responded to it. Under the court's May 18, 2009 order, the parties are required to brief motions concerning discovery. Accordingly, the court will direct the defendant to file an opposition or a statement of non-opposition to plaintiff's motion to compel. See Local Rule 230(l).

        Accordingly, IT IS HEREBY ORDERED defendant Pizzola is directed to file an opposition or a statement of non-opposition in response to plaintiff's December 28, 2009 motion

/////

/////

/////

1

1  to compel within twenty-one days.  Plaintiff shall file a reply, if any, in accordance with Local
2  Rule 230(l).
3  DATED: February 23, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

6  DAD:9
   blac0535.46